USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 0 7 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
TIMOTHY JACKSON,

                Plaintiff,

    -against-

TOTEME LLC,

                Defendant.
------------------------------------x

ORDER

20 Civ. 3756 (GBD)

GEORGE B. DANIELS, United States District Judge:

This Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

All conferences previously scheduled are adjourned *sine die*.

Dated: New York, New York
       July 7, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge